IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————

No. 14-60501
Summary Calendar

————————————

United States Court of Appeals
Fifth Circuit

**FILED**

January 5, 2015

Lyle W. Cayce
Clerk

ROGER BLADIMIR GARCIA ALVAREZ,

      Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

      Respondent

————————————

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A094 366 371

————————————

Before DENNIS, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that respondent's motion to dismiss the petition for review for lack of jurisdiction, which we construe as a motion for summary affirmance, is GRANTED.

The petition for review is DENIED.

IT IS FURTHER ORDERED that all outstanding motions are DENIED.

———————

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.